FILED

October 25, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )          Case No. 2:11-cr-00450-GEB
            Plaintiff,                 )
                                       )
v.                                     )
                                       )          ORDER FOR RELEASE OF
PETER KUZMENKO,                        )          PERSON IN CUSTODY
            Defendant.                 )
                                       )
_____        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release PETER KUZMENKO, Case No. 2:11-cr-00450-

GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____    Release on Personal Recognizance

  X      Bail Posted: see case 2:11-cr-0210-JAM

        _X_    Unsecured Appearance Bond ($100,000)

        _X_    Secured Appearance Bond (all available equity in subject properties)

        _X_    (Other) Conditions as stated on the record.

        _X_    (Other) Released on 10/26/11 at 9:00 a.m. to the Pretrial Services Officer and under

               previously ordered conditions in case 2:11-cr-0210-JAM.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   10/25/2011   at   3:10 p.m.

By   _____
     Edmund F. Brennan
     United States Magistrate Judge