FILED

October 25, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )
                                    )
v.                                  )
                                    )
PETER KUZMENKO,                     )
              Defendant.            )
                                    )

Case No. 2:11-cr-00450-GEB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:     UNITED STATES MARSHAL:

        This is to authorize and direct you to release PETER KUZMENKO, Case No. 2:11-cr-00450-

GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

        _____   Release on Personal Recognizance

        __X__   Bail Posted: see case 2:11-cr-0210-JAM

                __X__   Unsecured Appearance Bond ($100,000)

                __X__   Secured Appearance Bond (all available equity in subject properties)

                __X__   (Other) Conditions as stated on the record.

                __X__   (Other) Released on 10/26/11 at 9:00 a.m. to the Pretrial Services Officer and under

                        previously ordered conditions in case 2:11-cr-0210-JAM.

        This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

        Issued at   Sacramento, CA   on   10/25/2011   at  3:10 pm.

        By  _____
              Edmund F. Brennan
              United States Magistrate Judge