Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Appellant
Peter Kuzmenko

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff/Appellee,  v.  PETER KUZMENKO,  Defendant/Appellant. | 2:11-cr-00450-TLN  SUBSTITUTION OF COUNSEL ORDER |

    Krista Hart is appointed pursuant to the Criminal Justice Act for the purposes of appeal to the Ninth Circuit Court of Appeals. Mr. Chastaine will remain appointed for the limited purpose of handling any restitution matters in this court.

Dated: October 23, 2015

_____
Troy L. Nunley
United States District Judge